IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-213-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ALL CRYPTOCURRENCY, VIRTUAL CURRENCY, FUNDS, MONIES, AND OTHER THINGS OF VALUE STORED IN OR ACCESSIBLE AT MANDALA ACQUISITION LLC D.B.A. "MANDALA" ACCOUNT ASSOCIATED WITH THE CRYPTOCURRENCY DEPOSIT ADDRESS 0X23CA46901FB3CBD22E57BDDB380855C51A0FA709 | ) ) ) ) ) ) ) ) ) ) |
| Defendant. | ) |

## ENTRY OF DEFAULT

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendant, cryptocurrency, virtual currency, on account of the failure of Benjamin Malonzo, an unidentified individual associated with ProtonMail e-mail address cryptotraderssaoshi@protonmail.com, and any other potential claimant to properly plead or otherwise defend within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

This the 31 day of July, 2024.

PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina