IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-213-FL

UNITED STATES OF AMERICA,                                          )
                                                                   )
                    Plaintiff,                                     )
                                                                   )
         v.                                                        )
                                                                   )
ALL CRYPTOCURRENCY, VIRTUAL                                        )
CURRENCY, FUNDS, MONIES, AND                                       )
OTHER THINGS OF VALUE STORED IN                                    )
OR ACCESSIBLE AT MANDALA                                           )
ACQUISITION LLC D.B.A. "MANDALA"                                   )
ACCOUNT ASSOCIATED WITH THE                                        )
CRYPTOCURRENCY DEPOSIT ADDRESS                                     )
0X23CA46901FB3CBD22E57BDDB380855C51A0FA709                         )
                                                                   )
                    Defendant.                                     )

**DEFAULT JUDGMENT OF FORFEITURE**
**(FED. R. CIV. P. 55(b))**


This matter is before the Court on Plaintiff United States of America's Motion

for Default Judgment against the Defendant, All Cryptocurrency, Virtual Currency,

Funds, Monies, And Other Things Of Value Stored In or Accessible At Mandala

Acquisition LLC D.B.A. "Mandala" Account Associated With The Cryptocurrency

Deposit Address 0X23CA46901FB3CBD22E57BDDB380855C51A0FA709. It

appears from the record that Plaintiff provided direct notice of this *in rem* forfeiture

matter to known claimant(s) and separately published the requisite notice on an

official internet government forfeiture site in accordance with Supplemental Rule

G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset

Forfeiture (the "Supplemental Rules"). Accordingly, with due notice having been provided by the United States as required under the Supplemental Rules, the Court finds that:

1.      Process was duly issued in this cause and the Defendant was duly served pursuant to said process;

2.      Benjamin Malonzo filed a claim but failed to file an answer within 21 days thereof, and no other party has timely filed a claim to the Defendant or answer to the Plaintiff's Complaint. Therefore, no proper responsive pleading to the Complaint was ever filed with this court within the time fixed by law and in accordance with the requirements of the Supplemental Rules, *see United States v. $36,110.00 in U.S. Currency*, No. 4:08-CV-29, 2010 WL 6065117, at \*2 (D.S.C. Dec. 17, 2010) (report and recommendation), *approved and adopted*, 2011 WL 884168 (Mar. 14, 2011);

3.      On July 31, 2024, this Court entered Default in this action at Docket Entry 17; and

4.      The well-pled allegations of the Complaint with respect to the Defendant are taken as admitted, as no one has denied the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1.      Default judgment be and the same is hereby entered against the Defendant, All Cryptocurrency, Virtual Currency, Funds, Monies, And Other Things Of Value Stored In or Accessible At Mandala Acquisition LLC D.B.A. "Mandala"

Account Associated With The Cryptocurrency Deposit Address 0X23CA46901FB3CBD22E57BDDB380855C51A0FA709;

2.     All persons claiming any right, title, or interest in or to the said Defendant are held in Default;

3.     The Defendant is forfeited to the United States of America for disposition according to law;

4.     The United States shall have clear title to the Defendant and may warrant good title to any subsequent purchaser or transferee pursuant to 21 U.S.C. § 853(n)(7); and

5.     Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 15th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge

3